Before the Third Division, December 20, 1955

**No. 59603.**—Albert Dickinson Company v. United States, protest 257007–K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

Donlon, J., dissented, holding: "I do not concur in the decision in *Transcontinental Seed, Inc.* v. *United States*, 29 Cust. Ct. 163, C. D. 1462, the record of which has been incorporated in the record of this case. In my opinion, the protest should be overruled."

**No. 59604.**—Accurate Millinery Co. v. United States, protest 260680–K (New York).

Opinion by Ekwall, J. The protest was dismissed.

**No. 59605.**—Kaufmann Department Stores, Inc. v. United States, protest 169618–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.